United States District Court
Southern District of Texas
**ENTERED**
August 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § | |
| PLAINTIFF, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:22-CV-00440 |
| ANA AND ROGELIO GARCIA, | § § § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY and Defendants ANA GARCIA and ROGELIO GARCIA's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants ANA GARCIA and ROGELIO GARCIA are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the __2__ day of ____Aug____, 2022.

_____
JUDGE PRESIDING

/s/ *Tiffany A. Au*
Roger D. Higgins
State Bar No. 09601500
SDTX Bar No. 33282
rhiggins@thompsoncoe.com
Tiffany A. Au
State Bar No. 24075842
SDTX Bar No. 3708675
tau@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Facsimile:    (214) 871-8209

**ATTORNEYS FOR PLAINTIFF ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**


/s/*Joseph Synoradzki*
Eric B. Dick
State Bar No. 24064316
SDTX Bar No. 1082959
eric@dicklawfirm.com
Joseph Synoradzki
State Bar No. 24088498
SDTX Bar No. 2677443
joe@dicklawfirm.com
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, TX 77092
Phone: 832-207-2007

**COUNSEL FOR DEFENDANTS ANA GARCIA AND ROGELIO GARCIA**